**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                            **PETITIONER**

**VS.**                     **NO. 4:08-CV-04210-BSM**

**KEVIN R. O'BANNON, et. al**                                              **RESPONDENT**

## ORDER

The clerk's default entered on May 18, 2010 against Linda Schroder is hereby stricken. It was entered in error against Schroder, who is not a party.

IT IS SO ORDERED this 19th day of May, 2010.

_____
UNITED STATES DISTRICT JUDGE