**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

v.                                    **CASE NO. 4:08CV04210 BSM**

**KEVIN R. O'BANNON, SPOUSE OF
KEVIN R. O'BANNON, IF ANY et al.**                                                   **DEFENDANTS**

**ORDER CONFIRMING MARSHAL'S SALE**

The United States Marshal for the Eastern District of Arkansas has reported the sale of real property made pursuant to the judgment entered in the above-captioned case on June 14, 2010. It appears that the terms and place of the sale were advertised as required by law in a newspaper regularly issued and having general circulation in Lonoke County, Arkansas, for four consecutive weeks, the last publication being on July 29, 2010, and that the said sale was held at the Lonoke County Courthouse, Lonoke, Arkansas, on August 9, 2010, at 10:00 a.m., in conformity with the June 14, 2010, judgment. The property was sold to Rural Development, U.S. Department of Agriculture, for the sum of $12,325, which was the highest and best bid offered for the property.

IT IS, THEREFORE, ORDERED that the actions of the Marshal in advertising and making the sale are approved in all respects, and the buy back by the United States of America, U.S. Department of Agriculture, Rural Development should be approved. The expense items reported by the Marshal in the amount of $66 are also hereby approved.

The Marshal's Deed, submitted with his report of sale, has been approved as evidenced by an order separately entered in conformity with local practice, with copy of the

Marshal's Deed attached thereto. The Marshal is directed forthwith to deliver the deed to the purchaser named in his report of sale and that he be given possession of said property on demand. The clerk is authorized and directed to issue proper writs of assistance upon application therefore, directed to the Marshal, who shall proceed to place the purchaser Rural Development, U.S. Department of Agriculture in possession of the property.

Dated this 11th day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE