**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                                        **PLAINTIFF**

v.                  **CASE NO. 4:08CV04210 BSM**

**KEVIN R. O'BANNON, SPOUSE OF
KEVIN R. O'BANNON, IF ANY et al.**                                 **DEFENDANTS**

**ORDER APPROVING MARSHAL'S DEED**

Clifton T. Massanelli, United States Marshal for the Eastern District of Arkansas, has produced a deed evidencing the sale of the real property described therein to Farm Service Agency, U.S. Department of Agriculture. Upon examination of the deed, it is approved. A copy of the Marshal's Deed is attached hereto, and the clerk is hereby directed to file one copy of the Marshal's Deed together with this order.

Massanelli acknowledges that he has executed the deed to the purchaser for the consideration and purposes therein mentioned and set forth. Accordingly, the clerk shall attach a copy of this order to the deed, certifying under the seal of this court that it may be recorded.

Dated this 28th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE